# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SOURAYA FAAS, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:16−cv−01299 |
| § | |
| CARLOS CASCOS, in his § | |
| Official capacity as the § | |
| Secretary of the State of Texas § | |
| and the STATE OF TEXAS, § | |
|    *Defendants*. § | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND APPLICATION FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendants, Carlos Cascos, in his official capacity as the Secretary of the State of Texas, and the State of Texas (collectively, "Defendants"), file this Motion to Dismiss Plaintiff's Complaint and Application for Declaratory and Injunctive Relief (the "Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in the memorandum of law filed concurrently with this motion, Defendants respectfully ask that the Court grant their motion and dismiss the Complaint with prejudice.

DATED:  June 30, 2016

        Respectfully submitted,

        **KEN PAXTON**
        Attorney General of Texas

        **JEFFREY C. MATEER**
        First Assistant Attorney General

        **BRANTLEY STARR**
        Deputy First Assistant Attorney General

        **JAMES E. DAVIS**
        Deputy Attorney General for Civil Litigation

        **ANGELA V. COLMENERO**
        Chief, General Litigation Division

        /s/ *María Amelia Calaf*
        MARIA AMELIA CALAF
        Assistant Attorney General
        State Bar No. 24081915
        Southern District No. 2487135
        General Litigation Division
        P.O. Box 12548
        Austin, Texas 78711-2548
        Telephone:  (512) 475-4063
        Telecopier:  (512) 320-0667
        maria.calaf@texasattorneygeneral.gov
        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I certify a true and correct copy of the foregoing document was served via the court's electronic-service, on June 30, 2016, to:

Kenneth R. Barrett, Esq.
KRB LAW
3740 Greenbriar #541873
Houston, Texas 77254
Phone: 281-433-0837
Fax: 346-980-4615
KennethRoyceBarrettLaw@yahoo.com

                                  /s/ *María Amelia Calaf*
                                  MARIA AMELIA CALAF