IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOURAYA FAAS, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:16−cv−01299 |
| | § | |
| CARLOS CASCOS, in his | § | |
| Official capacity as the | § | |
| Secretary of the State of Texas | § | |
| and the STATE OF TEXAS, | § | |
|    *Defendants*. | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND APPLICATION FOR DECLARATORY AND INJUNCTIVE RELIEF

On this day the Court considered Defendants' Motion to Dismiss Plaintiff's Complaint and Application for Declaratory and Injunctive Relief pursuant to Federal Rule of Civil Procedure 12(b)(6). After due consideration, the Court finds the motion meritorious.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint and Application for Declaratory and Injunctive Relief is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.

SIGNED this _____ day of_____, 2016.

_____
HONORABLE JUDGE SIM LAKE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
HOUSTON DIVISION