United States District Court
Southern District of Texas

**ENTERED**

August 17, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SOURAYA FAAS,                            §
                                         §
              Plaintiff,                  §
                                         §
v.                                       §
                                         §        CIVIL ACTION NO. H-16-1299
CARLOS CASCOS, In His Official           §
Capacity as the Secretary of            §
the State of Texas, and THE              §
STATE OF TEXAS,                          §
                                         §
              Defendants.                 §

ORDER

On June 30, 2016, defendants filed a Motion to Dismiss Plaintiff's Complaint and Application for Declaratory and Injunctive Relief (Docket Entry No. 5) and a Memorandum of Law in Support of Their Motion to Dismiss (Docket Entry No. 6). On July 20, 2016, the court entered an Order extending the deadline for plaintiff to respond to the motion to July 28, 2016. However, plaintiff has not responded to Defendants' Motion to Dismiss. Plaintiff is **ORDERED** to show cause by August 29, 2016, why this action should not be dismissed for want of prosecution.

**SIGNED** at Houston, Texas, on this 17th day of August, 2016.

_____
                SIM LAKE
     UNITED STATES DISTRICT JUDGE