IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOURAYA FAAS, and<br>LEONARD STANLEY CHAIKIND,<br>    *Plaintiffs*, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 4:16−cv−01299 |
| | § | |
| CARLOS CASCOS, in his<br>Official capacity as the<br>Secretary of the State of Texas<br>and the STATE OF TEXAS,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§ | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINT AND
## APPLICATION FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendants, Carlos Cascos, in his official capacity as the Secretary of the State of Texas, and the State of Texas (collectively, "Defendants"), file this Motion to Dismiss Plaintiffs' First Amended Complaint and Application for Declaratory and Injunctive Relief (the "Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in the memorandum of law filed concurrently with this motion, Defendants respectfully ask that the Court grant their motion and dismiss the Amended Complaint with prejudice.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**ANGELA V. COLMENERO**
Chief, General Litigation Division

/s/ *María Amelia Calaf*
MARIA AMELIA CALAF
Assistant Attorney General
State Bar No. 24081915
Southern District No. 2487135
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4063
Telecopier: (512) 320-0667
maria.calaf@texasattorneygeneral.gov
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing document was served via the court's electronic-service, on October 14, 2016, to:

Vivian E. Restrepo, LLC
The Law Office of Vivian E. Restrepo, Esq.
TX Bar No. 24085549
454 S.W. 8th St.
Miami, Florida 33130
Vivian.Restrepo.Law@gmail.com

/s/ *María Amelia Calaf*
MARIA AMELIA CALAF