IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS

SOURAYA FAAS, and
LEONARD STANLEY
CHAIKIND
_____,                                  CASE NO.: 4:16-CV-01299
          Plaintiff's
vs.

CARLOS CASCOS, in his
official capacity as the Secretary
of the State of Texas and the State
of Texas
_____,
          Defendants.

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

The Court has before it Plaintiff's Response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint. The Court is of the opinion that Defendant's Motion to Dismiss Plaintiffs Amended Complaint shall be DENIED. It is therefore ordered that Plaintiff's Amended Complaint shall be accepted

Signed on this \_\_\_\_ day of November 2016

_____
UNITED STATES DISTRICT JUDGE