Case 4:16-cv-01299   Document 29   Filed on 12/05/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOURAYA FAAS and LEONARD STANLEY CHAIKIND, § § § § Plaintiffs, § § v. § § CARLOS CASCOS (In His Official Capacity as the Secretary of the State of Texas) and THE STATE OF TEXAS, § § § § § § Defendants. § | CIVIL ACTION NO. H-16-1299 |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion to Dismiss, this action is **DISMISSED with prejudice**.

Costs are taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 5th day of December, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE